Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Keoseng Saechao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>Keoseng Saechao,<br><br>            Defendant. | Case No. 2: 14-CR-109-1 TLN<br><br>**STIPULATION AND PROPOSED ORDER FOR DEFENDANT'S RELEASE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, and Dustin D. Johnson, Counsel for Keoseng Saechao, that Mr. Saechao has already served the length of his sentence. The parties jointly request that the Court Order the defendant's immediate release.

Dated:  November 5, 2015          Respectfully submitted,


                                  /s/ Dustin D. Johnson
                                  Dustin D. Johnson
                                  Counsel for Keoseng Saechao

Dated:  November 5, 2015          BENJAMIN WAGNER

                                  United States Attorney

                                  /s/ Matthew Morris (approved via email)
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney

1

Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Keoseng Saechao

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No.:  CR-S-14-109-1 TLN |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Keoseng Saechao | |
| Defendant. | |

It is ordered that the defendant, Keoseng Saechao, be released due to the time already served.

Dated: November 5, 2015

_____
Troy L. Nunley
United States District Judge

2