IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:14-cr-00109 TLN |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| KEO SENG SAECHAO, | ) ) | |
| Defendant. | ) ) ) | |

 The court appointed the Federal Defender in court on December 20, 2017. The Federal Defender has decided to panel out the case. CJA Panel attorney Dustin Johnson is hereby appointed under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A(a), effective December 20, 2017, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: December 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL   1